

# Missouri Court of Appeals
## Southern District

**APRIL 15, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1. Case No. SD33183

   Re: STATE OF MISSOURI,
   Respondent,
   vs.
   CHARLIE KAVELLE WEST,
   Appellant.

2. Case No. SD33313

   Re: STATE OF MISSOURI,
   Respondent,
   vs.
   ROBERT C. MARTIN,
   Appellant.